# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VALARIE MORRISON,  )<br>    Plaintiff(s)     )<br>                        )<br>    v.                  )<br>                        )<br>                        )<br>MICHAEL J. ASTRUE, Commissioner )<br>of Social Security Administration,  )<br>    Defendant(s)    ) | CIVIL ACTION NO. 3:11-cv-30156-MAP |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]   **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by the Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the plaintiff Valarie Morrison, against the defendant Michael J. Astrue, Commissioner of Social Security Administration, pursuant to the court's memorandum and order entered this date, granting plaintiff's motion to remand.

                                                    **SARAH A. THORNTON**,
                                                    CLERK OF COURT

Dated:  August 13, 2012              By  /s/ *Maurice G. Lindsay*
                                                    Maurice G. Lindsay
                                                    Deputy Clerk

(Civil Judgment (SSA- Routine 3) for Plaintiff.wpd - 11/98)
    [jgm.]